JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, and CONTRACT COMPLIANCE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ELEMENT RENEWABLE ENERGY, INC., a California corporation,<br><br>Defendant. | Case No.: 2:24-CV-03035-JFW-PVCx<br><br>ASSIGNED TO THE HONORABLE<br>JOHN F. WALTER<br><br>**JUDGMENT** |

After full consideration of the pleadings and papers on file in this case, and the evidence on record, and GOOD CAUSE APPEARING THEREFORE:

1

1879622

1     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, and Contract Compliance Fund, shall recover from Defendant, Element Renewable Energy, Inc., a California corporation, the principal amount of $25,737.18, attorneys' fees of $13,309.41, and costs of $655.36, plus post-judgment interest as provided by law from the date of entry of the judgment herein until paid in full.

Dated: January 8, 2025

                                                      UNITED STATES DISTRICT JUDGE
JOHN F. WALTER

2

JUDGMENT

1879622